# **EXHIBIT D**

**Summary of Hourly Fees by Professionals and Paraprofessionals**

**COMPENSATION BY PROFESSIONALS**
**JULY 5, 2020 THROUGH OCTOBER 1, 2020**

| Name of Professional Individual | Position, Practice Group, Year Obtained Relevant License to Practice, Year Assumed Position | Hours | Rate | Amount |
|---|---|---|---|---|
| Ruback, Gregory D. | Partner; Finance; Member of the New York Bar since 2000; Joined the Firm in 2013. | 45.1 | $1,310.00 | $59,081.00 |
| Califano, Thomas R. | Partner; Restructuring; Member of the New York Bar since 1989; Joined the Firm in 2002. | 235.3 | $1,290.00 | $303,537.00 |
| McKitterick, Nate | Partner; Corporate; Member of the California Bar since 1994; Joined the Firm in 2005. | 0.5 | $1,280.00 | $640.00 |
| Mugabi, Frank Ikonero | Partner; Tax; Member of the New York Bar since 2004; Joined the Firm in 2006. | 2.9 | $1,220.00 | $3,538.00 |
| Ingerman, Brett | Partner; Litigation; Member of the Maryland Bar since 1994; Joined the Firm in 1995. | 193.6 | $1,150.00 | $222,640.00 |
| Kagnoff, Michael S. | Partner; Litigation; Member of California Bar since 1993; Joined the Firm in 2008. | 325.5 | $1,145.00 | $372,697.50 |
| Mulloy, Rick | Partner; Intellectual Property and Technology; Member of the California Bar since 1998; Joined the Firm in 2004. | 38.9 | $1,100.00 | $42,790.00 |
| Fitzsimmons, John E. | Partner; Employment; Member of the California Bar since 1996; Joined the Firm in 2005. | 25.0 | $1,070.00 | $26,750.00 |
| Haile, Lisa A. | Partner; Intellectual Property and Technology; Member of the California Bar since 1992; Joined the Firm in 2005. | 7.9 | $1,070.00 | $8,453.00 |
| Le Regulski, Cathryn | Partner; Employment; Member of the Virginia Bar since 1999; Joined the Firm in 2015. | 2.3 | $1,040.00 | $2,392.00 |

| Name of Professional Individual | Position, Practice Group, Year Obtained Relevant License to Practice, Year Assumed Position | Hours | Rate | Amount |
|---|---|---|---|---|
| Muenker, James | Partner; Restructuring; Member of the Texas Bar since 1997; Joined the Firm in 2020. | 9.2 | $975.00 | $8,970.00 |
| McKnight, Rebecca Jones | Partner; Litigation; Member of the Texas Bar since 2006; Joined the Firm in 2005. | 15.3 | $970.00 | $14,841.00 |
| Fountain, Aaron G. | Partner; Intellectual Property and Technology; Member of the Texas Bar since 2005; Joined the Firm in 2008. | .70 | $960.00 | $672.00 |
| Nanes, Rachel | Partner; Restructuring; Member of the Florida Bar since 2010; Joined the Firm in 2012. | 506.8 | $950.00 | $481,460.00 |
| O'Malley, Patrick J. | Partner; Corporate; Member of the California Bar since 2010; Joined the Firm in 2009. | 53.5 | $930.00 | $49,755.00 |
| Hierholzer, Matthew J. | Associate; Intellectual Property and Technology; Member of the California Bar since 2003; Joined the Firm in 2007. | 17.6 | $915.00 | $16,104.00 |
| Avraham, David E. | Associate; Restructuring; Member of the Texas Bar since 2020; Joined the Firm in 2014. | 144.5 | $895.00 | $129,327.50 |
| Zollinger, Andrew B. | Associate; Restructuring; Member of the Texas Bar since 2009; Joined the Firm in 2008. | 40.2 | $890.00 | $35,778.00 |
| Pie, Adam J. | Associate; Litigation; Member of the Maryland Bar since 2012; Joined the Firm in 2011. | 350.1 | $875.00 | $306,337.50 |
| Schick, Sarah Thompson | Associate; Litigation; Member of the Texas Bar since 2014; Joined the Firm in 2008. | 1.3 | $855.00 | $1,111.50 |
| Bakhama, Michael | Associate; Litigation; Member of the Maryland Bar since 2012; Joined the Firm in 2011. | 58.3 | $845.00 | $49,263.50 |

| Name of Professional Individual | Position, Practice Group, Year Obtained Relevant License to Practice, Year Assumed Position | Hours | Rate | Amount |
|---|---|---|---|---|
| Duerden, Christopher G. | Associate; Intellectual Property and Technology; Member of the Massachusetts Bar since 2015; Joined the Firm in 2020. | 29.9 | $815.00 | $24,368.50 |
| Kim, Jae | Associate; Litigation; Member of the Pennsylvania Bar since 2015; Joined the Firm in 2013. | 2.6 | $770.00 | $2,002.00 |
| Felix III, H. Thomas | Associate; Corporate; Member of the California Bar since 2019; Joined the Firm in 2020. | 44.0 | $740.00 | $32,560.00 |
| Rudo, Harry P. | Associate; Litigation; Member of the Maryland Bar since 2016; Joined the Firm in 2015. | 54.5 | $720.00 | $39,240.00 |
| West, Christopher R. | Associate; Corporate; Member of the California Bar since 2016; Joined the Firm in 2018. | 2.9 | $695.00 | $2,015.50 |
| Manzo, Michael D. | Associate; Litigation; Member of the New York Bar since 2019; Joined the Firm in 2017. | 14.6 | $690.00 | $10,074.00 |
| Sheps, Nathan | Associate; Restructuring; Member of the New York Bar since 2019; Joined the Firm in 2020. | 100.8 | $690.00 | $69,552.00 |
| Nair, Tara | Associate; Restructuring; Member of the Illinois Bar since 2016; Joined the Firm in 2016. | 205.3 | $670.00 | $137,551.00 |
| Stier, Erik F. | Associate; Restructuring; Member of the New York Bar since 2015; Joined the Firm in 2019. | 223.0 | $665.00 | $148,295.00 |
| Sarna, Matthew S. | Associate; Restructuring; Member of the Delaware Bar since 2017; Joined the Firm in 2018. | 51.9 | $560.00 | $29,064.00 |
| Malkiewicz, Adam John | Associate; Corporate; Member of the California Bar since 2019; Joined the Firm in 2020. | 5.1 | $555.00 | $2,830.50 |

3

| Name of Professional Individual | Position, Practice Group, Year Obtained Relevant License to Practice, Year Assumed Position | Hours | Rate | Amount |
|---|---|---|---|---|
| Scolaro, Loren M. | Associate; Restructuring; Member of the Illinois Bar since 2019; Joined the Firm in 2018. | 6.7 | $555.00 | $3,718.50 |
| Larkins, Daniel Elwood | Associate; Litigation; Member of the Maryland Bar since 2019; Joined the Firm in 2018. | 27.1 | $535.00 | $14,498.50 |
| Stevens, Steffani Marie | Attorney; Corporate; Member of the Texas Bar since 1999; Joined the Firm in 2019. | 0.7 | $485.00 | $339.50 |
| Pierce, Pamela M. | Litigation Support; Joined the Firm in 2009. | 0.4 | 490.00 | $196.00 |
| Corvera, Melanie J. | Discovery Specialist; Joined the Firm in 2006. | 1.9 | 380.00 | $722.00 |
| Jones, Benjamin | Discovery Specialist; Joined the Firm in 2015. | 57.2 | $375.00 | $21,450.00 |
| Neal, Hannah G. | Paralegal; Litigation; Joined the Firm in 2007. | 27.9 | $400.00 | $11,160.00 |
| Ashby, Francella | Paralegal; Corporate; Joined the Firm in 2014. | 3.7 | $425.00 | $1,572.50 |
| Countryman, William Lee | Paralegal; Restructuring; Joined the Firm in 2002. | 2.6 | $400.00 | $1,040.00 |
| Canedo, Gia | Paralegal; Corporate; Joined the Firm in 2017. | 1.0 | $345.00 | $345.00 |
| Wilson, Tennille F | Paralegal; Restructuring; Joined the Firm in 2018. | 249.7 | $310.00 | $77,407.00 |
| Furillo, Jamie | Research Analyst; Joined the Firm in 2012. | 1.6 | $425.00 | $680.00 |
| Kin, Kan | Research Analyst; Joined the Firm in 2016. | 1.0 | $425.00 | $425.00 |
| Masters, Melinda F. | Research Analyst; Joined the Firm in 2005. | 3.5 | $425.00 | $1,487.50 |
| **TOTALS** | | **3,194.1** | | **$2,768,732.50** |