

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 3, 2020**

_____
United States Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TRIVASCULAR SALES LLC, *et al.*,[1] | § | Case No. 20-31840 (SGJ) |
| | § | |
| Reorganized Debtors. | § | (Jointly Administered) |
| | § | |
| | § | Re: Docket No. 432 |

### ORDER APPROVING FIRST AND FINAL APPLICATION OF
### FTI CONSULTING, INC. FOR ALLOWANCE OF COMPENSATION FOR
### SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
### AS FINANCIAL ADVISOR TO THE DEBTORS DURING THE
### PERIOD FROM JULY 5, 2020 TO OCTOBER 1, 2020

Upon the application (the "Application")[2] of FTI Consulting, Inc. ("FTI"), financial advisor to the Debtors, pursuant to sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: TriVascular Sales LLC (9179), Endologix, Inc. (8265), CVD/RMS Acquisition Corp. (8438), TriVascular Technologies, Inc. (7313), RMS/Endologix Sideways Merger Corp. (2974), Nellix, Inc. (8416), TriVascular, Inc. (2620), and Endologix Canada, LLC (2872). The corporate headquarters and the mailing address for the Reorganized Debtors listed above is 2 Musick, Irvine, California 92618.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

1

2016 and Local Rule 2016-1, for (i) final allowance and payment of $1,059,420.00 as compensation for professional services rendered by FTI during the period from July 5, 2020 through October 1, 2020 (the "Application Period"), and (ii) final allowance and payment of $39,403.25 as reimbursement of its actual and necessary expenses incurred in connection therewith during the Application Period; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to the necessary parties; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is approved as provided herein.

2. FTI is allowed, on a final basis, (i) compensation totaling $1,059,420.00 for services rendered during the Application Period; and (ii) reimbursement of actual and necessary expenses totaling $39,403.25 incurred during the Application Period, for a total award of $1,098,823.25.

3. The Reorganized Debtors are authorized and directed to pay FTI $1,098,823.25 as compensation for services rendered and reimbursement of expenses incurred as financial advisor to the Debtors during the Application Period.

4. The Reorganized Debtors are directed to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. Notwithstanding Rule 6004 of the Bankruptcy Rules, this Order shall be immediately effective and enforceable upon its entry, and the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

### ###END OF ORDER ###

Order submitted by:

**DLA PIPER LLP (US)**

By: */s/ Andrew B. Zollinger*
Andrew B. Zollinger, State Bar No. 24063944
David E. Avraham, State Bar No. 24117868
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545
E-mail: andrew.zollinger@us.dlapiper.com
         david.avraham@us.dlapiper.com

- and -

Thomas R. Califano (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501
E-mail: thomas.califano@us.dlapiper.com

- and –

Rachel Nanes (admitted *pro hac vice*)
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Tel: (305) 423-8563
Fax: (305) 675-8206
E-mail: rachel.nanes@us.dlapiper.com

*Counsel for the Reorganized Debtors*